UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EL JAROCHO, INC.,

    Plaintiff,

v.

NONG SHIM COMPANY, LTD, et al.,

    Defendants.

Case No.  13-cv-05600-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 14

Pursuant to notice of voluntary dismissal (Doc. 14 in Case No. 3:14cv5600-WHO), **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close Case No. 3:13cv5600-WHO and shall remove this case as a member case of the consolidated case (Case No. 3:13cv4115-WHO).

Dated: June 23, 2014

_____
WILLIAM H. ORRICK
United States District Judge